EL PUEBLO, DEMANDANTE, *v.* RUIZ, ACUSADO APELANTE.

EL PUEBLO, DEMANDANTE, *v.* FRANCO, ACUSADO APELANTE.

EL PUEBLO, DEMANDANTE, *v.* VIDAL, ACUSADO APELANTE.

EL PUEBLO, DEMANDANTE, *v.* DEVERSE, ACUSADO APELANTE.

EL PUEBLO, DEMANDANTE, *v.* ALIER, ACUSADO APELANTE.

EL PUEBLO, DEMANDANTE, *v.* MARTÍNEZ, ACUSADO APELANTE.

EL PUEBLO, DEMANDANTE, *v.* QUIÑONES, ACUSADO APELANTE.

EL PUEBLO, DEMANDANTE, *v.* ESPRINJOLS, ACUSADO APELANTE.

EL PUEBLO, DEMANDANTE, *v.* RIVERA (*a*) CHILENO, ACUSADO APELANTE.

APELACIONES procedentes de la Corte de Distrito de Ponce, en causas por infracción a la ley de arbitrios.

Nos. 1483, 1477, 1478, 1503, 1504, 1505, 1506.—Resueltos, respectivamente, en mayo 20, 1920, y los Nos. 1479 y 1508 en mayo 21, 1920, por los fundamentos del caso No. 1480, *El Pueblo* v. *Rosaly,* de mayo 20, 1920 (pág. 474).

Abogados de los apelantes: *Sres. R. Martínez Nadal, L. Tormes, y F. B. Fornariz.*

Abogado de El Pueblo: *Sr. J. E. Figueras, Fiscal.*

*Confirmadas las sentencias apeladas.*

Jueces concurrentes: Sres. Presidente Hernández, y Asociados Wolf, del Toro, Aldrey y Hutchison.